FILED

1  Raymond Black IV _____ (Full Name)
2  Raymondblack80980@gmail.com (Email Address)
3  955 N Lake Ave, Pasadena (Address Line 1)
4  CA 91104 (Address Line 2)
5  747-321-3259 (Phone Number)
6  Raymond Black IV in Pro Per
   (indicate Plaintiff or Defendant)

2025 SEP 19 PM 2:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____GSA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Raymond Black IV,

PLAINTIFF,

vs.

Mark Elliot Zuckerberg

DEFENDANT(S).

Case No.: 2:25cv08961-JAK-(PVC)
(To be supplied by the Clerk)

**COMPLAINT FOR:**

_____
_____
_____
_____
_____

**Jury Trial Demanded:** ☐ Yes  ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under I live in California and handle business here as well thus for the court in which I apply for this case is applicable to be this one.

Page Number: 1

## II. VENUE

2. Venue is proper pursuant to  I live in Los Angeles County and this being a civil case so this court is the proper county to file for this court case.

## III. PARTIES

3. Plaintiff's name is Raymond Black IV. Plaintiff resides at: 955 N Lake Ave, Pasadena, CA 91104

4. Defendant Mark Elliot Zuckerberg

5. Defendant

___. Defendant _____
*Insert ¶ #*

___. Defendant _____
*Insert ¶ #*

___. Defendant _____
*Insert ¶ #*

___. Defendant _____
*Insert ¶ #*

# IV. STATEMENT OF FACTS

1. In this case the parties involved were myself and Mark Elliot Zuckerberg, the creator of Facebook, my platform.

2. As a R.d I created a platform on my computer linked to the blackshi@aol.com email that allowed others to find each other and connect through the platform of social media. My computer was shut down permanently due to the thiefs hacking it taking all proof of my inventions away from me.

3. All of the proof that is needed to win this case lies in the copies of my computer data that is found either in the Microsoft Cloud Computing platform centers and if not surely the NSA Data Centers.

4. These events began to take place in the early 2000s when my computer was shut-down the exact date being unknown, knowing that the activity of the computer will show a decease date/time to the exactness of when the computer was completely shut down.

5. These events took place on the Internet I.P Address for the location in which the computer was held, at 91-1101 Kaiko ST, Ewa Beach, HI 96706 in where the computer sat on the counter across the hall from my twin bedroom.

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( 3426.1 )

*insert title of cause of action*

**(As against Defendant(s):** Mark Elliot Zuckerberg

1. The causes of action in which I'm filing under is 3426.1 under the basis of my works being stolen from my computer.

*Page Number*

# SECOND CAUSE OF ACTION

(_____)
*insert title of cause of action*

**(As against Defendant(s):** _____

_____)

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

# THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____ )

_____
*Insert ¶ #*

_____
*Insert ¶ #*

_____
*Insert ¶ #*

*Page Number*

## FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

*Insert ¶ #*
_____
_____
_____
_____

*Insert ¶ #*
_____
_____
_____
_____

*Insert ¶ #*
_____
_____
_____
_____

9
*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. The exact number listed in the Civil Cover Sheet, 260.4 Billion dollars which is Mark Zuckerberg's net worth, which was earned from the inventions found on my computer, informed to me while locked away innocently with the intent of mockery through brain wave Elon Musk, Neural-Ink Satellites.

Dated: _____

Sign: _____

Print Name: _____
10

Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 9/19/25
Sign: *[signature]*
Print Name: Raymond Black IV

4831-5981-9291, v. 1